**Yitzchak Zelman, Esq., (Admitted Pro Hac Vice)**
**MARCUS & ZELMAN, LLC**
**701 Cookman Avenue, Suite 300**
**Asbury Park, New Jersey 07712**
**Tel: (732) 695-3282**
**Fax: (732) 298-6256**
**Email: yzelman@marcuszelman.com**
**Attorneys for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **BRUCE BEGG, on behalf of himself and all others similarly situated,**<br><br>Plaintiff<br><br>-against-<br><br>**MAINLAND SKATE & SURF, INC.,**<br><br>Defendant | C.A. No.: 4:20-cv-00892-JST<br><br>**DISMISSAL ORDER** |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' June 16, 2020 Stipulation of Dismissal, all claims asserted against Defendant **MAINLAND SKATE & SURF, INC.** in Civil Action No: **4:20-cv-00892-JST**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in

this action.

**SO ORDERED THIS** \_\_\_\_18th\_\_\_\_ **day of** \_\_\_\_June\_\_\_\_, **2020.**

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE